James L. COODY, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 77–2096.

United States Court of Appeals, Fifth Circuit.

June 19, 1978.

James L. Coody, pro se.

John P. Volz, U. S. Atty., Mary Williams Cazalas, Asst. U. S. Atty., New Orleans, La., for respondent-appellee.

Before BROWN, Chief Judge, THORN-BERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN and VANCE, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case, 570 F.2d 540, reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

NATURAL GAS PIPELINE COMPANY OF AMERICA, Plaintiff-Appellant,

v.

Albert William ZIMMER, Trustee of the Estate of William H. Brown, Deceased, Defendant and Third-Party Plaintiff-Appellee,

v.

GULF OIL CORPORATION, Third-Party Defendant-Appellant.

No. 78–1124

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 5, 1978.

Rehearing Denied Aug. 24, 1978.

Howard F. Saunders III, William H. Brian Jr., Amarillo, Tex., for plaintiff-appellant.

Ochsner, & Baughman, Harold W. Ochsner, Tabor Scott, Amarillo, Tex., for defendant and third-party plaintiff-appellee.

Before RONEY, GEE and FAY, Circuit Judges.

PER CURIAM:

This case raises a question concerning the expiration date of an oil and gas lease. We affirm the decision of the district court that the lease in question terminated at the end of a fixed term of 50 years, on January 16, 1976, for the reasons set forth in the Memorandum Opinion of Judge Halbert O. Woodward. 447 F.Supp. 66 (N.D.Tex.1977).

AFFIRMED.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.